IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHERINE MCGRUE,

   Plaintiff,

  v.

AMERICA'S SERVICING
COMPANY,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-2740-TWT

ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 3]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is GRANTED.

SO ORDERED, this 28 day of May, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\McGrue\09cv2740\r&r.wpd